CHAMBERS COPY

Daniel M. Hutchinson
(State Bar No. 239458)
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Edith J. Benay (State Bar #98747)
LAW OFFICE OF EDITH J. BENAY
345 Franklin Street
San Francisco, California 94102
Telephone: (415) 241-7286
Facsimile: (415) 252-8048

Attorneys for Plaintiffs and the Class

FILED

SEP 26 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE FRANK, PAT PARNELL, SUSAN BRODERICK, CAROLE KIRK, NICHKOL MELANSON, SANDRA HUFF, DIANE DAVIS, SHARON BENJAMIN, SHARRON TAYLOR, BLAND LANE, JOAN BALLA WEAVER, DONNA DURKIN and ELLEN McCORMICK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIRLINES, INC.,<br><br>Defendant.<br><br>ASSOCIATION OF FLIGHT ATTENDANTS, AFL-CIO,<br><br>Intervenor. | Case No. C 92 0692 MJJ<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR *CY PRES* DISTRIBUTION OF RESIDUAL SETTLEMENT FUNDS |

| | |
|---|---|
| 1 | The Plaintiffs, on behalf of themselves and the Class they represent, seek approval to |
| 2 | make a distribution of unclaimed settlement funds. Plaintiffs' request is unopposed. For good |
| 3 | cause shown: |
| 4 | **IT IS HEREBY ORDERED:** |
| 5 | A *cy pres* distribution of the remaining cash settlement funds of $36,714.76 shall be made |
| 6 | to the Association of Flight Attendants Scholarship Fund, specifically for the benefit of female |
| 7 | United flight attendants who comprised the settlement class. |

Dated: 9/26/14

_____
United States District Court
HON. JON S. TIGAR

1196681.1     - 1 -     [PROPOSED] ORDER FOR CY PRES DISTRIBUTION OF RESIDUAL SETTLEMENT FUNDS
CASE NO. C 92 0692 MJJ